**No. 60698.**—Camera Specialty Company, Inc. *v*. United States, protest 278334–K (New York).

Opinion by JOHNSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60699.**—Bluefries New York, Inc. *v*. United States, protest 278716–K (New York).

Opinion by JOHNSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60700.**—D. C. Andrews & Co., Inc. *v*. United States, protest 278753–K (New York).

Opinion by JOHNSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60701.**—Ungerer & Co., Inc. *v*. United States, protest 279038–K (New York).

Opinion by JOHNSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60702.**—J. W. Hampton, Jr., & Co., Inc. *v*. United States, protest 280040–K (New York).

Opinion by JOHNSON, J.   In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60703.**—Rocca-Cuvi, Inc., et al. *v*. United States, protests 280029–K, etc. (Los Angeles).

Opinion by DONLON, J.   No objection being made by counsel for the plaintiff, the motion was granted, and the protests were dismissed.

BEFORE THE FIRST DIVISION, APRIL 30, 1957

**No. 60704.**—Davies, Turner & Company *v*. United States, protest 237323–K (Philadelphia).

Opinion by WILSON, J.   An examination of the record showing that the increased duties had not been paid, in accordance with section 505, Tariff Act of 1930 (19 U. S. C. § 1505), the protest was dismissed.